```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

 IN RE:                                            CASE NO. 07 B 01147
    ABRAM SMITH III
    ANGELA SMITH                                   CHAPTER 13

                                                   JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-3210     SSN XXX-XX-8569
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/23/07 and confirmed on 05/23/07.

     2.  The case was converted to Chapter 7 after confirmation, 09/01/2007.

     3.  The Debtor paid a total of $   2467.07 .

     4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CIT | CURRENT MORTG | .00 | .00 | .00 |
| CIT | MORTGAGE ARRE | .00 | .00 | .00 |
| MONTEREY FINANCIAL SVCS | SECURED | 1500.00 | 16.57 | 223.44 |
| TRIAD FINANCIAL CORP | SECURED VEHIC | 5115.00 | 97.92 | 502.08 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 200.00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 601.65 | .00 | .00 |
| GE MONEY BANK | UNSECURED | 953.07 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| TRIAD FINANCIAL CORP | UNSECURED | 970.83 | .00 | .00 |
| MONTEREY FINANCIAL SVCS | UNSECURED | 1751.97 | .00 | .00 |

          Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 6615.00 | .00 | 4477.52 | .00 | 11092.52 |
| PRINCIPAL PAID | 725.52 | .00 | .00 | .00 | 725.52 |
| INTEREST PAID | 114.49 | .00 | .00 | .00 | 114.49 |
| TOTAL PAID | 840.01 | .00 | .00 | .00 | 840.01 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $   2500.00
and was paid $    147.00   direct and $   1343.32   through the plan.

The Trustee received $      64.51 .

Refunds to the Debtor totaled $    219.23 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.

Dated: 12/20/07                          /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 07 B 01147 ABRAM SMITH III & ANGELA SMITH